## United States Bankruptcy Court
NORTHERN DISTRICT OF ILLINOIS
219 S Dearborn Street
Chicago, IL 60604

**Kenneth S. Gardner**, Bankruptcy Clerk

Date    **November 19, 2007**

Michael Dobbins, Clerk
United States District Court
Northern District of Illinois
219 S Dearborn Street
Chicago, IL 60604

# FILED

NF

NOV 19 2007
Nov 19 2007
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

Case Number    **07A239**

Case Name    **Smith-v-Sipi, llc**

Notice of Appeal Filed    **October 8, 2007**

Appellant    **Dawn & Keith Smith**

Dear Sir:

Pursuant to **Bankruptcy Rule 8007** transmitted herewith is the Record on Appeal. The Record on Appeal consist of:

| | | |
|---|---|---|
| ☐ | Supplemental to the Record | |
| ✔ Transmittal Letter and Civil Cover Sheet | ✔ | Notice of Appeal |
| ✔ Designation | ☐ | Copy of Documents Designated |
| ✔ Statement of Issues | ☐ | Exhibits |
| ☐ Transcript of Proceeding | ☐ | Expedited Notice of Appeal |
| | ✔ | Certified Copy of Docket Sheet |

Additional Items Included

☐ _____

**07CV 6534**
**JUDGE GUZMAN**
**MAGISTRATE JUDGE BROWN**

| 1 | Total Volumes Transmitted |
|---|---|

The following items will be transmitted as a supplemental to the Record on Appeal

✔ **Transcripts** _____

_____

Previous D C Judge _____    Case Number _____

By Deputy Clerk    Mildred Sims

**CLOSED, APPEAL**

# U.S. Bankruptcy Court
## Northern District of Illinois (Chicago)
## Adversary Proceeding #: 07-00239

*Assigned to:* Honorable Judge Bruce W. Black
*Related BK Case:* 07-06631
*Related BK Title:* Keith Smith and Dawn Smith
*Related BK Chapter:* 13
*Demand:* $99000
*Nature[s] of* 13 Recovery of money/property -
*Suit:*          548 fraudulent transfer
          91 Declaratory judgment

*Date Filed:* 04/13/07
*Date Terminated:* 10/04/07
*Date Dismissed:* 10/03/07

This is to certify that the within and attached
document is a full, true and correct copy of
the original thereof as the same appears on
file in the office of the Clerk of the United
States Bankruptcy Court for the Northern
District of Illinois

KENNETH S. GARDNER
CLERK OF COURT

By
Deputy Clerk

Dated

**Plaintiff**
--------------------------

**Keith Smith**
SSN: xxx-xx-6120

represented by **Arthur G. Jaros, Jr.**
Richter & Jaros
1200 Harger Road Suite 830
Oak Brook, IL 60523
630 574-0525 Ext. 103
Fax : 630 574-8089
Email: agjlaw@earthlink.net

**Arthur G Jaros Jr**
Law Office of Arthur G. Jaros, Jr.
1200 Harger Road
Suite 830
Oakbrook, IL 60523
630-574-0525
Fax : 630-574-8089
Email: agjlaw@earthlink.net
*LEAD ATTORNEY*

**FILED**

**NOV 19 2007**
NOV 19 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Dawn Smith**
SSN: xxx-xx-3304

represented by **Arthur G. Jaros, Jr.**
(See above for address)

**Arthur G Jaros Jr**
(See above for address)
*LEAD ATTORNEY*

V.

**Defendant**
----------------------

**First American Title Insurance Co, *d/b/a The Talon Group*** *TERMINATED: 06/22/2007*

represented by **Edward P. Freud**
Ruff, Weidenaar et al
222 North LaSalle Street
Chicago, IL 60601
312 602-4890
Fax : 312 263-1345
Email: epfreud@rwrlaw.com

**sipi, llc**

represented by **Harold L Moskowitz**
Law Offices of Harold Moskowitz
55 West Monroe Street
Suite 1100
Chicago, IL 60603
312 346-6610
Fax : 312 422-8001
Email: hlmatty@aol.com

**Timothy A. Clark**
Krockey, Cernugel, Cowgill Clark
& Pyles
3100 Theodore Street
#101
Joliet, IL 60435
815 729-3600
Fax : 815 729-4280
Email: timclark@kcccp.com

**midwest capital investments, llc**

represented by **Edward P. Freud**
(See above for address)

**Timothy S Breems**
Ruff Weidenaar & Reidy Ltd
222 North Lasalle Street Suite 700
Chicago, IL 60601
312 602-4888
Fax : 312 263-1345
Email: tbreems@rwrlaw.com

| Filing Date | # | Docket Text |
|-------------|-----|-------------|
| 04/13/2007 | ❶1 | Adversary case 07-00239. (13 (Recovery of |

| | | |
|---|---|---|
| | | money/property - 548 fraudulent transfer)), (91 (Declaratory judgment)): Complaint by Keith Smith, Dawn Smith against First American Title Insurance Co, sipi, llc, midwest capital investments, llc. Fee Amount $250. Status hearing to be held on 7/20/2007 at 10:00 AM at Will County Court Annex, 57 N. Ottawa St., Rm 201 Joliet, IL 60432. (Jaros, Arthur) (Entered: 04/13/2007) |
| 04/13/2007 | 2 | Summons Link Summons Issued on First American Title Insurance Co Answer Due 05/14/2007; sipi, llc Answer Due 05/14/2007; midwest capital investments, llc Answer Due 05/14/2007 (Jaros, Arthur) (Entered: 04/13/2007) |
| 04/13/2007 | 3 | Receipt of Complaint(07-00239) [cmp,cmp] ( 250.00) Filing Fee. Receipt number 6838463. Fee Amount $ 250.00 (U.S. Treasury) (Entered: 04/13/2007) |
| 04/13/2007 | 4 | Adversary Proceeding Cover Sheet Filed by Arthur G. Jaros Jr. on behalf of Dawn Smith, Keith Smith. (Jaros, Arthur) (Entered: 04/13/2007) |
| 05/15/2007 | 5 | Appearance for Robert S. Krockey and Timothy A. Clark Filed by Timothy A. Clark on behalf of sipi, llc. (Clark, Timothy) (Entered: 05/15/2007) |
| 05/17/2007 | 6 | Appearance Filed by Harold L Moskowitz on behalf of sipi, llc. (Moskowitz, Harold) (Entered: 05/17/2007) |
| 05/17/2007 | 7 | Notice of Motion and Motion to Extend Time File Answer or Plead Filed by Harold L Moskowitz on behalf of sipi, llc. Hearing scheduled for 5/25/2007 at 10:00 AM at 219 South Dearborn, Courtroom 615, Chicago, Illnois 60604. (Attachments: # 1 Proposed Order) (Moskowitz, Harold) (Entered: 05/17/2007) |
| 05/22/2007 | 8 | Amended Notice of Motion Filed by Harold L Moskowitz on behalf of sipi, llc (RE: 7 Motion to Extend Time, ). Hearing scheduled for 6/1/2007 at 10:00 AM at Will County Court Annex, 57 N. Ottawa St., Rm 201 Joliet, IL 60432. (Moskowitz, Harold) (Entered: 05/22/2007) |
| 06/05/2007 | 9 | Routine Notice of Motion Filed by Edward P. Freud on |

| | | behalf of First American Title Insurance Co, midwest capital investments, llc. Hearing scheduled for 6/22/2007 at 10:00 AM at Will County Court Annex, 57 N. Ottawa St., Rm 201 Joliet, IL 60432. (Freud, Edward) (Entered: 06/05/2007) |
|---|---|---|
| 06/05/2007 | ●10 | **INCORRECT EVENT ENTERED, FILER NOTIFIED TO REFILE**Notice of Motion and Motion for Agreed Order Leave to file appearance and answer Filed by Edward P. Freud on behalf of First American Title Insurance Co, midwest capital investments, llc. Hearing scheduled for 6/22/2007 at 10:00 AM at Will County Court Annex, 57 N. Ottawa St., Rm 201 Joliet, IL 60432. (Attachments: # 1 Proposed Order) (Freud, Edward) Modified on 6/22/2007 (Sims, Mildred). (Entered: 06/05/2007) |
| 06/01/2007 | ●11 | Order Denying for the Reasons Stated on the Record Motion to Extend Time (Related Doc # 7). Signed on 6/1/2007. (Gordon, Pamela) (Entered: 06/06/2007) |
| 06/08/2007 | ●12 | Notice of Motion and Motion to Dismiss Adversary Proceeding Filed by Timothy A. Clark on behalf of sipi, llc. Hearing scheduled for 6/22/2007 at 10:00 AM at Will County Court Annex, 57 N. Ottawa St., Rm 201 Joliet, IL 60432. (Clark, Timothy) (Entered: 06/08/2007) |
| 06/08/2007 | ●13 | Notice of Motion Filed by Timothy A. Clark on behalf of sipi, llc (RE: 12 Motion to Dismiss Adversary Proceeding). Hearing scheduled for 6/22/2007 at 10:00 AM at Will County Court Annex, 57 N. Ottawa St., Rm 201 Joliet, IL 60432. (Clark, Timothy) (Entered: 06/08/2007) |
| 06/12/2007 | ●14 | Notice of Motion and Motion for Leave to file appearance and responsive pleading Filed by Edward P. Freud on behalf of First American Title Insurance Co, midwest capital investments, llc. Hearing scheduled for 6/22/2007 at 10:00 AM at X EMCO Plaza Building, 57 West Jefferson Street, Room 201, Joliet, Illinois 60432. (Freud, Edward) (Entered: 06/12/2007) |
| 06/13/2007 | ●15 | Attachment(s) Proposed Order Filed by Edward P. Freud on behalf of First American Title Insurance Co, midwest |

| | | |
|---|---|---|
| | | capital investments, llc (RE: 14 Motion for Leave, ). (Freud, Edward) (Entered: 06/13/2007) |
| 06/22/2007 | 16 | CORRECTIVE ENTRY INCORRECT EVENT ENTERED, FILER NOTIFIED TO REFILE (RE: 10 Agreed Order, ). (Sims, Mildred) (Entered: 06/22/2007) |
| 06/22/2007 | 17 | Appearance Filed by Edward P. Freud on behalf of midwest capital investments, llc. (Freud, Edward) (Entered: 06/22/2007) |
| 06/22/2007 | 18 | Notice of Motion and Motion to Dismiss Adversary Proceeding Filed by Edward P. Freud on behalf of midwest capital investments, llc. Hearing scheduled for 8/17/2007 at 11:00 AM at Will County Court Annex, 57 N. Ottawa St., Rm 201 Joliet, IL 60432. (Freud, Edward) (Entered: 06/22/2007) |
| 06/22/2007 | 19 | Notice of Motion and Uncontested Motion to Dismiss Party Filed by Arthur G. Jaros Jr. on behalf of Dawn Smith, Keith Smith. Hearing scheduled for 6/22/2007 at 10:00 AM at Will County Court Annex, 57 N. Ottawa St., Rm 201 Joliet, IL 60432. (Jaros, Arthur) (Entered: 06/22/2007) |
| 06/22/2007 | 20 | Notice of Filing of Filing of Rule 21 Motion Filed by Arthur G. Jaros Jr. on behalf of Dawn Smith, Keith Smith (RE: 19 Motion to Dismiss Party, ). (Jaros, Arthur) (Entered: 06/22/2007) |
| 06/25/2007 | 21 | Hearing Continued (RE: 12 Dismiss Adversary Proceeding,). Hearing Scheduled for 08/17/2007 at 11:00 AM at Will County Court Annex 57 North Ottawa, Joliet, IL, 60432. (Davis,Shurray) (Entered: 06/25/2007) |
| 06/22/2007 | 22 | Order Scheduling (RE: 13 Notice of Motion, 12 Motion to Dismiss Adversary Proceeding). Hearing scheduled for 8/17/2007 at 11:00 AM at Will County Court Annex, 57 N. Ottawa St., Rm 201 Joliet, IL 60432. Signed on 6/22/2007 (Gordon, Pamela) Modified on 6/27/2007 to correct docket text to include Agreed (Rodarte, Aida). (Entered: 06/26/2007) |
| | | |

| 06/22/2007 | 23 | Order Granting Motion to Dismiss Party First American Title Insurance Co (Related Doc # 19). Signed on 6/22/2007. (Gordon, Pamela) (Entered: 06/26/2007) |
|---|---|---|
| 06/22/2007 | 24 | Agreed Order Granting Motion for Leave (Related Doc # 14). Signed on 6/22/2007. (Gordon, Pamela) (Entered: 06/26/2007) |
| 06/26/2007 | 25 | Attachment(s) Proposed Order Filed by Edward P. Freud on behalf of midwest capital investments, llc (RE: 18 Motion to Dismiss Adversary Proceeding, ). (Freud, Edward) (Entered: 06/26/2007) |
| 06/27/2007 | 26 | CORRECTIVE ENTRY to correct docket text to include Agreed (RE: 22 Order Scheduling, ). (Rodarte, Aida) (Entered: 06/27/2007) |
| 07/20/2007 | 27 | Memorandum in Opposition to Rule 12(b)(6) Motions to Dismiss Filed by Arthur G. Jaros Jr. on behalf of Dawn Smith, Keith Smith (RE: 18 Motion to Dismiss Adversary Proceeding,, 12 Motion to Dismiss Adversary Proceeding). (Jaros, Arthur) (Entered: 07/20/2007) |
| 07/20/2007 | 28 | Certificate of Service Filed by Arthur G. Jaros Jr. on behalf of Dawn Smith, Keith Smith (RE: 27 Memorandum). (Jaros, Arthur) (Entered: 07/20/2007) |
| 07/24/2007 | 29 | Hearing Continued (RE: 1 Complaint, ). Status hearing to be held on 8/17/2007 at 11:00 AM at Will County Court Annex, 57 N. Ottawa St., Rm 201 Joliet, IL 60432. (Nelson, Freddie) (Entered: 07/24/2007) |
| 08/03/2007 | 30 | Memorandum in Opposition to Plaintiff's Response to Rule 12(B)(6) Motion to Dismiss Filed by Timothy A. Clark on behalf of sipi, llc. (Clark, Timothy) (Entered: 08/03/2007) |
| 08/03/2007 | 31 | Service List Notice of Filing of Reply by SIPI Filed by Timothy A. Clark on behalf of sipi, llc. (Clark, Timothy) (Entered: 08/03/2007) |
| 08/03/2007 | 32 | **INCORRECT EVENT ENTETED, FILER NOTIFIED TO REFILE** Brief Reply in Support of Motion to Dismiss |

| | | |
|---|---|---|
| | | Filed by Timothy S Breems on behalf of midwest capital investments, llc. (Attachments: # 1 Exhibit Exhibit A to Reply in Suport of Motion to Dismiss) (Breems, Timothy) Modified on 8/7/2007 (Sims, Mildred). (Entered: 08/03/2007) |
| 08/06/2007 | 33 | Reply to (related document(s): 18 Motion to Dismiss Adversary Proceeding, ) Filed by Timothy S Breems on behalf of midwest capital investments, llc (Attachments: # 1 Exhibit A to Reply in Support of Motion to Dismiss) (Breems, Timothy) (Entered: 08/06/2007) |
| 08/06/2007 | 34 | Notice of Filing Filed by Timothy S Breems on behalf of midwest capital investments, llc (RE: 33 Reply). (Breems, Timothy) (Entered: 08/06/2007) |
| 08/07/2007 | 35 | CORRECTIVE ENTRY INCORRECT EVENT ENTETED, FILER NOTIFIED TO REFILE (RE: 32 Brief, ). (Sims, Mildred) (Entered: 08/07/2007) |
| 08/22/2007 | 36 | Hearing Continued (RE: 18 Dismiss Adversary Proceeding,). Hearing Scheduled for 08/31/2007 at 11:00 AM at Will County Court Annex 57 North Ottawa, Joliet, IL, 60432. (Davis,Shurray) (Entered: 08/22/2007) |
| 08/22/2007 | 37 | Hearing Continued (RE: 12 Dismiss Adversary Proceeding,). Hearing Scheduled for 08/31/2007 at 11:00 AM at Will County Court Annex 57 North Ottawa, Joliet, IL, 60432. (Davis,Shurray) (Entered: 08/22/2007) |
| 08/22/2007 | 38 | Hearing Continued (RE: 1 Complaint, ). Status hearing to be held on 8/31/2007 at 11:00 AM at Will County Court Annex, 57 N. Ottawa St., Rm 201 Joliet, IL 60432. (Davis, Shurray) (Entered: 08/22/2007) |
| 08/17/2007 | 39 | Order Scheduling (RE: 18 Motion to Dismiss Adversary Proceeding, ). Reply due by: 8/24/2007 Status hearing to be held on 8/31/2007 at 11:00 AM at Will County Court Annex, 57 N. Ottawa St., Rm 201 Joliet, IL 60432. Signed on 8/17/2007 (Gordon, Pamela) (Entered: 08/24/2007) |
| 08/24/2007 | 40 | Memorandum Filed by Arthur G. Jaros Jr. on behalf of |

| | | |
|---|---|---|
| | | Dawn Smith, Keith Smith (RE: <u>39</u> Order Scheduling, ). (Jaros, Arthur) (Entered: 08/24/2007) |
| 08/24/2007 | ❶<u>41</u> | Certificate of Service Filed by Arthur G. Jaros Jr. on behalf of Dawn Smith, Keith Smith (RE: <u>40</u> Memorandum). (Jaros, Arthur) (Entered: 08/24/2007) |
| 09/05/2007 | ❶42 | Hearing Continued (RE: <u>12</u> Motion to Dismiss Adversary Proceeding, <u>18</u> Motion to Dismiss Adversary Proceeding,, <u>1</u> Complaint, ). Status hearing to be held on 9/28/2007 at 11:00 AM at Will County Court Annex, 57 N. Ottawa St., Rm 201 Joliet, IL 60432. (Davis, Shurray) (Entered: 09/05/2007) |
| 10/03/2007 | ❶<u>43</u> | Order Granting Motion to Dismiss Adversary Proceeding (Related Doc # 12), Granting Motion to Dismiss Adversary Proceeding (Related Doc # <u>18</u>). Signed on 10/3/2007. (Gordon, Pamela) (Entered: 10/04/2007) |
| 10/04/2007 | ❶44 | Adversary Case 1-07-ap-239 Closed . (Gordon, Pamela) (Entered: 10/04/2007) |
| 10/08/2007 | ❶<u>45</u> | Notice of Appeal to District Court. Filed by Arthur G. Jaros Jr. on behalf of Dawn Smith, Keith Smith. Fee Amount $255 (RE: <u>43</u> Order on Motion to Dismiss Adversary Proceeding, ). Appellant Designation due by 10/18/2007. Transmission of Record Due by 11/19/2007. (Jaros, Arthur) (Entered: 10/08/2007) |
| 10/08/2007 | 46 | Receipt of Notice of Appeal(07-00239) [appeal,ntcapl] ( 255.00) Filing Fee. Receipt number 7700407. Fee Amount $ 255.00 (U.S. Treasury) (Entered: 10/08/2007) |
| 10/08/2007 | ❶47 | Certificate of Service Filed by Arthur G. Jaros Jr. on behalf of Dawn Smith, Keith Smith (RE: <u>45</u> Notice of Appeal, ). (Jaros, Arthur) (Entered: 10/08/2007) |
| 10/09/2007 | ❶<u>48</u> | Notice of Filing to Bk Judge and Parties on Service List (RE: <u>45</u> Notice of Appeal, ). (Sims, Mildred) (Entered: 10/09/2007) |
| 10/18/2007 | ❶<u>49</u> | Appellant Designation of Contents For Inclusion in Record |

| | | |
|---|---|---|
| | | On Appeal Filed by Arthur G. Jaros Jr. on behalf of Dawn Smith, Keith Smith. (RE: 45 Notice of Appeal, ). (Jaros, Arthur) (Entered: 10/18/2007) |
| 10/18/2007 | ●50 | Statement of Issues on Appeal Filed by Arthur G. Jaros Jr. on behalf of Dawn Smith, Keith Smith. (RE: 45 Notice of Appeal, ). (Jaros, Arthur) (Entered: 10/18/2007) |
| 10/18/2007 | ●51 | Certificate of Service Filed by Arthur G. Jaros Jr. on behalf of Dawn Smith, Keith Smith (RE: 49 Appellant Designation, 50 Statement of Issues on Appeal). (Jaros, Arthur) (Entered: 10/18/2007) |
| 10/26/2007 | ●52 | Request for Transcript re: Appeal Filed by Arthur G. Jaros Jr. on behalf of Dawn Smith , Keith Smith . (RE: 45 Notice of Appeal, ). Transcript Due by 11/20/2007. (Sims, Mildred) (Entered: 10/26/2007) |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Keith Smith and Dawn Smith, | ) | Case No. 07 B 6631 |
| Debtors | ) | |
| | ) | |
| --------------------------------------------------------) | | Chapter 13 |
| Keith Smith and Dawn Smith | ) | |
| | ) | |
| Plaintiffs-Appellants | ) | Honorable Bruce W. Black, B.J0 |
| | ) | |
| vs. | ) | Adversary No. 07 A 00239 |
| | ) | |
| FIRST AMERICAN TITLE INSURANCE CO. | ) | |
| (d/b/a The Talon Group), | ) | |
| | ) | |
| Defendant (previously dismissed) | ) | |
| and | ) | |
| | ) | |
| SIPI, LLC, and | ) | |
| MIDWEST CAPITAL INVESTMENTS, LLC | ) | |
| | ) | |
| Defendants-Appellees | ) | |

NOTICE OF APPEAL

Keith Smith and Dawn Smith, Debtors-Plaintiffs, appeal under 28 U.S.C. §158(a), from the judgment and order of the bankruptcy judge, the Honorable Bruce W. Black, in this adversary proceeding pronounced from the bench on the twenty-eight (28th) day of September, 2007 and entered on third (3rd) day of October, 2007, granting the Defendants' Motions to Dismiss.

The names of all parties to the judgments, orders, or decrees appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

Party Co-defendant/Appellee:　　　SIPI, LLC
Attorney:　　　Robert S. Krockey
　　　　　　　Timothy A. Clark
Address:　　　Krockey, Cernugel, Cowgill, Clark & Pyles, Ltd.
　　　　　　　3100 Theodore Street #101

# FILED NFi

NOV 1 9 2007
Nov 19 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## 07CV 6534
## JUDGE GUZMAN
## MAGISTRATE JUDGE BROWN

Joliet, IL 60435
Telephone:      815-729-3600
Fax No.:        815-729-4280
e-mail:         rkrockey@kcccp.com
                timclark@kcccp.com

Party Co-defendant/Appellee:      MIDWEST CAPITAL INVESTMENTS, LLC
Attorney        Edward P. Freud
                Timothy S. Breems
Address:        Ruff, Weidenaar & Reidy, Ltd.
                222 N. LaSaale Street #700
                Chicago, IL 60601
Telephone:      312-263-3890
Fax No.:        312-602-4890
e-mail:         epfreud@rwrlaw.com
                tbreems@rwrlaw.com

Dated: October 8, 2007
at Oak Brook, IL

Signed: _____
                Attorney for Appellants
Attorney        Arthur G. Jaros, Jr.
Address:        1200 Harger Road, Suite #830
                Oak Brook, Illinois 60523
Telephone:      (630) 574-0525 ext. 103
Fax No.:        (630) 574-8089
e-mail:         agjlaw@earthink.net

-2-

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Keith Smith and Dawn Smith, | ) | Case No. 07 B 6631 |
| Debtors | ) | |
| | ) | |
| ------------------------------------------------------------------) | | Chapter 13 |
| Keith Smith and Dawn Smith | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Adversary No. 07 A 00239 |
| | ) | |
| FIRST AMERICAN TITLE INSURANCE CO. | ) | |
| (d/b/a The Talon Group), | ) | |
| SIPI, LLC, and | ) | |
| MIDWEST CAPITAL INVESTMENTS, LLC | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

The undersigned attorney does hereby certify under penalties provided by law that service of PLAINTIFFS-APPELLANTS' NOTICE OF APPEAL was accomplished pursuant to the court's Electronic Case Filing system ("ECF") on October 8, 2007, by electronic service on the following attorneys of record: Timothy A. Clark and Robert S. Krockey of Krockey Cernugel Cowgill Clark & Pyles representing SIPI, LLC (by service to timclark@kcccp.com) and Edward P. Freud and Timothy S. Breems of Ruff, Weidenaar & Reidy representing Midwest Capital Investments, LLC by service to epfreud@rwrlaw.com and tbreems@rwrlaw.com) with additional electronic service by the undersigned to rkrockey@kcccp.com.


/s/ Arthur G. Jaros, Jr.
Attorney for Plaintiffs


Arthur G. Jaros, Jr.
1200 Harger Road - Suite #830
Oak Brook, Illinois  60523
(630) 574-0525