

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use **only** in the Northern District of Illinois.

**Plaintiff(s):** Keith & Dawn Smith 720 Fox St Joliet, IL 60432

**Defendant(s):** Sipi, llc

County of Residence:

County of Residence:

**Plaintiff's Atty:** Arthur G Jaros Jr
1200 Harger Rd #830
Oak Brook, IL 60523
1-630-574-8089

**Defendant's Atty:** Harold L Moskowitz
55 W Monroe St #1100
Chicago, IL 60603
1-312 346-6610

**II. Basis of Jurisdiction:**    3. Federal Question (U.S. not a party)

**III. Citizenship of Principal Parties** (Diversity Cases Only)
Plaintiff:- N/A
Defendant:- N/A

**FILED**
NOV 1 9 2007  NF
NOV 19 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**IV. Origin:**    1. Original Proceeding

**V. Nature of Suit:**    422 Appeal 28 USC 158

**VI. Cause of Action:**    Notice of Appeal 28 USC 158

**VII. Requested in Complaint**
Class Action:
Dollar Demand:
Jury Demand:

07CV 6534
JUDGE GUZMAN
MAGISTRATE JUDGE BROWN

**VIII.** This case **IS NOT** a refiling of a previously dismissed case.

Signature: _[signature]_
Date: 11-19-07

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, print this form, sign and date it and submit it with your new civil action. **Note: You may need to adjust the font size in your browser display to make the form print properly.**    Revised: 06/28/00