IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Keith Smith and Dawn Smith, | ) |
| | ) |
| Debtors-Plaintiffs-Appellants | ) |
| | ) 07 CV 6534 |
| vs. | ) Bankruptcy Adversary Proceeding Appeal |
| | ) Honorable Ronald A. Guzman |
| | ) Magistrate Judge Geraldine Soat Brown |
| SIPI, LLC, and | ) |
| MIDWEST CAPITAL INVESTMENTS, LLC | ) |
| | ) |
| Defendants-Appellees | ) |

MOTION FOR EXTENSION OF TIME TO FILE BRIEF OF DEBTORS-APPELLANTS

Keith Smith and Dawn Smith, Debtors-Plaintiffs, having timely appealed under 28 U.S.C. §158(a), from the order of dismissal of their adversary proceeding to set aside a transfer of for less than full and adequate consideration entered by the bankruptcy judge, the Honorable Bruce W. Black, in Adversary Proceeding 07 A239, now move this Honorable Court for an extension of time to file their Appellants' Brief as herein set forth.

Pursuant to F.Bankr.R.P. 8009(a)(1), the brief of the appellant(s) is due "within 15 days after entry of the appeal on the docket pursuant to Rule 8007" unless by local rule or by order a different time is fixed.

This appeal was entered on the docket by the Clerk of this Court on November 19, 2007, upon the Clerk's receipt of a Record on Appeal transmitted by the Clerk of the U.S. Bankruptcy Date and expressly noted by that Clerk to be incomplete (see Exhibit A). As a result of such transmission and docketing, Appellant's Brief presently becomes due on December 4, 2007.

As noted on Exhibit A, reports of proceedings (i.e., transcripts) in the Bankruptcy Court

below, which had been properly and timely ordered by Appellant at the commencement of this appeal, were not included in the Record on Appeal transmitted to the Clerk of this Court.

Pursuant to F.R.Bankr.P. 8007(b), the Clerk of the U.S. Bankruptcy Court is directed to transmit the Record on Appeal to the Clerk of this Honorable Court only "when the record is **complete** for purposes of appeal." Notwithstanding this rule and for reasons unknown to the undersigned, the Clerk of the U.S. Bankruptcy Court transmitted a record known to that Clerk to be **incomplete** to the Clerk of this Court which transmission thereby triggered the docketing of this appeal and the premature running of the time to file the various briefs of the parties.

Appellants' Brief cannot be completed until the reports of proceedings, containing oral argument of counsel and the reasoning of the Bankruptcy Judge read orally into the record below are made part of the record on appeal and thereby made available to the undersigned counsel.

WHEREFORE, pursuant to F.R.Bankr.P. 8009(a), Debtors-Appellants pray that this Honorable Court extend the time to file their Brief to the 15th day after the receipt by the Clerk of this Court of the supplemental record on appeal containing the two presently missing and presumably not-yet-completed transcripts.

Respectfully Submitted,

KEITH SMITH and DAWN SMITH

By: _____

Arthur G. Jaros, Jr.
1200 Harger Road
Suite 830
Oak Brook, IL 60523
630-574-0525 x103
Illinois ARDC #1327097

**United States Bankruptcy Court**
NORTHERN DISTRICT OF ILLINOIS
219 S Dearborn Street
Chicago, IL 60604

**Kenneth S. Gardner**, Bankruptcy Clerk

Date: November 19, 2007

Michael Dobbins, Clerk
United States District Court
Northern District of Illinois
219 S Dearborn Street
Chicago, IL 60604

FILED
NOV 19 2007  NF
Nov 19 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case Number: 07A239
Case Name: Smith-v-Sipi, llc
Notice of Appeal Filed: October 8, 2007
Appellant: Dawn & Keith Smith

Dear Sir:

Pursuant to Bankruptcy Rule 8007 transmitted herewith is the Record on Appeal. The Record on Appeal consist of:

| ✓ | Transmittal Letter and Civil Cover Sheet | ✓ | Notice of Appeal |
| ✓ | Designation | | Copy of Documents Designated |
| ✓ | Statement of Issues | | Exhibits |
| | Transcript of Proceeding | | Expedited Notice of Appeal |
| | | ✓ | Certified Copy of Docket Sheet |

Additional Items Included

07CV 6534
JUDGE GUZMAN
MAGISTRATE JUDGE BROWN

1  Total Volumes Transmitted

The following items will be transmitted as a supplemental to the Record on Appeal

✓ Transcripts

Previous D C Judge _____  Case Number _____

By Deputy Clerk  Mildred Sims

EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Keith Smith and Dawn Smith, | ) |
| | ) |
| Debtors-Plaintiffs-Appellants | ) |
| | ) 07 CV 6534 |
| vs. | ) Bankruptcy Adversary Proceeding Appeal |
| | ) Honorable Ronald A. Guzman |
| | ) Magistrate Judge Geraldine Soat Brown |
| SIPI, LLC, and | ) |
| MIDWEST CAPITAL INVESTMENTS, LLC | ) |
| | ) |
| Defendants-Appellees | ) |

To:   Timothy A. Clark                         Edward P. Freud
      Krockey, Cernugel, Cowgil,               Timothy Scott Breems
      Clark & Pyles                            Ruff, Weidenaar & Reidy, Ltd.
      3100 Theodore Street, Suite 101          222 N. LaSalle Street, Suite 1525
      Joliet, IL  60435                        Chicago, IL  60601

NOTICE OF FILING

PLEASE TAKE NOTICE that on the 4th day of December, 2007, I caused to be filed with the Clerk of the United States District Court MOTION FOR EXTENSION OF TIME TO FILE BRIEF OF DEBTORS-APPELLANTS, a copy of which is hereby served upon you.

ARTHUR G. JAROS, JR.

BY: _____
    Arthur G. Jaros, Jr.

Arthur G. Jaros, Jr.
1200 Harger Road, Suite #830
Oak Brook, IL 60523
(630) 574-0525
ARDC#01327097

CERTIFICATE OF SERVICE

    Under penalties of perjury as provided in 28 U.S.C. §1746, the undersigned certifies that a copy of the foregoing Notice of Filing with attached Motion for Extension of Time to File Brief of Debtors-Appellants was caused to be served on Timothy A. Clark of the law firm of Krockey, Cernugel, Cowgil, Clark & Pyles by electronic service to timclark@kcccp.com and Edward P. Freud and Timothy Scott Breems of the law firm of Ruff, Weidenaar & Reidy, Ltd. by electronic transmission to epfreud@rwrlaw.com and tbreems@rwrlaw.com this 4th day of December, 2007.

_____
Arthur G. Jaros, Jr.