IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Keith Smith and Dawn Smith, | ) |
|     Debtors-Plaintiffs-Appellants | ) ) ) ) 07 CV 6534 |
| vs. | ) Bankruptcy Adversary Proceeding Appeal ) Honorable Ronald A. Guzman ) Magistrate Judge Geraldine Soat Brown |
| SIPI, LLC, and MIDWEST CAPITAL INVESTMENTS, LLC | ) ) ) |
|     Defendants-Appellees | ) |

To:  Timothy A. Clark　　　　　　　　　　Edward P. Freud
　　　Krockey, Cernugel, Cowgil,　　　　　　Timothy Scott Breems
　　　Clark & Pyles　　　　　　　　　　　　Ruff, Weidenaar & Reidy, Ltd.
　　　3100 Theodore Street, Suite 101　　　222 N. LaSalle Street, Suite 1525
　　　Joliet, IL  60435　　　　　　　　　　Chicago, IL  60601

### NOTICE OF FILING

　　　PLEASE TAKE NOTICE that on the 4th day of December, 2007, I caused to be filed with the Clerk of the United States District Court MOTION FOR EXTENSION OF TIME TO FILE BRIEF OF DEBTORS-APPELLANTS, a copy of which is hereby served upon you.

　　　　　　　　　　　　　　　　　　　　ARTHUR G. JAROS, JR.

　　　　　　　　　　　　　　　　　　　BY: _____
　　　　　　　　　　　　　　　　　　　　　Arthur G. Jaros, Jr.

Arthur G. Jaros, Jr.
1200 Harger Road, Suite #830
Oak Brook, IL 60523
(630) 574-0525
ARDC#01327097

CERTIFICATE OF SERVICE

    Under penalties of perjury as provided in 28 U.S.C. §1746, the undersigned certifies that a copy of the foregoing Notice of Filing with attached Motion for Extension of Time to File Brief of Debtors-Appellants was caused to be served on Timothy A. Clark of the law firm of Krockey, Cernugel, Cowgil, Clark & Pyles by electronic service to timclark@kcccp.com and Edward P. Freud and Timothy Scott Breems of the law firm of Ruff, Weidenaar & Reidy, Ltd. by electronic transmission to epfreud@rwrlaw.com and tbreems@rwrlaw.com this 4th day of December, 2007.

_____
Arthur G. Jaros, Jr.