# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| Smith et al v. Sipi, LLC et al | USDC # 07 cv6534 |
| | USBC # 07A239, 07B06631 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Keith Smith and Dawn Smith

| | |
|---|---|
| **NAME (Type or print)** | |
| Arthur G. Jaros, Jr. | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) | |
| s/ *[signature]* | |
| **FIRM** | |
| Arthur G. Jaros, Jr. | |
| **STREET ADDRESS** | |
| 1200 Harger Road, Suite #830 | |
| **CITY/STATE/ZIP** | |
| Oak Brook, IL  60523 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** | **TELEPHONE NUMBER** |
| #01327097 | (630) 574-0525 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X]  NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [X]  NO [ ] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X]  NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X]  NO [ ] |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL [ ]   APPOINTED COUNSEL [ ] | |