U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                      Case Number: USDC #07 cv6534
Smith et al v. Sipi, LLC et al

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Midwest Capital Investments, LLC, defendant

| NAME (Type or print) |  |
|---|---|
| Lindsay A. Herrington |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |  |
| s/ Lindsay A. Herrington |  |
| FIRM |  |
| Ruff, Weidenaar & Reidy, Ltd. |  |
| STREET ADDRESS |  |
| 222 N. LaSalle Street Suite 700 |  |
| CITY/STATE/ZIP |  |
| Chicago, IL 60601 |  |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6291546 | (312) 263-3890 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |  |
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |  |