# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

Smith et al v. Sipi, LLC et al

Case Number: USDC #07 cv6534

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Midwest Capital Investments, LLC, defendant

| | |
|---|---|
| NAME (Type or print) | |
| Scott C. Nelson | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Scott C. Nelson | |
| FIRM | |
| Ruff, Weidenaar & Reidy, Ltd. | |
| STREET ADDRESS | |
| 222 N. LaSalle Street Suite 700 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6180673 | (312) 263-3890 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| Keith Smith and Dawn Smith, ) | |
| ) | No. 07 CV 6534 |
| Debtors- Plaintiffs-Appellants ) | Bankruptcy Adversary Appeal |
| ) | Honorable Ronald A. Guzman |
| vs. ) | Magistrate Geraldine Soat Brown |
| ) | |
| First American Title Insurance Co. (d/b/a The ) | |
| Talon Group), SIPI, LLC, and Midwest Capital ) | |
| Investments, LLC, ) | |
| ) | |
| Defendants-Appellees. ) | |

### **NOTICE OF FILING**

TO:   SEE ATTACHED SERVICE LIST

Please take notice that on the 4th day of December, 2007, I caused to be filed with the Clerk of the United States District Court an attorney Appearance, a copy of which is herewith served upon you.

                                RUFF, WEIDENAAR & REIDY, LTD.
                                By: s/Scott C. Nelson
                                   One of the Attorneys for Defendants

222 N. LaSalle Street, Suite 700
Chicago, IL 60601
312-263-3890

196827

CERTIFICATE OF SERVICE

The undersigned attorney certifies that a copy of the foregoing Notice of Filing with attached Appearance was caused to be served by electronic mail to the attorneys listed below this 4th day of December, 2007.

s/Scott C. Nelson

**SERVICE LIST**

Arthur G. Jaros, Jr.
Richter & Jaros
1200 Harger Road
Suite 830
Oak Brook, IL 60523
agjlaw@earthlink.net

Timothy A. Clark
Krockey, Cernugel, Cowgill Clark & Pyles
3100 Theodore Street
#101
Joliet, IL 60435
timclark@kcccp.com

196827