IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Keith Smith and Dawn Smith, | ) |
|     Debtors-Plaintiffs-Appellants | ) ) ) |
| vs. | ) 07 CV 6534 ) Bankruptcy Adversary Proceeding Appeal ) Honorable Ronald A. Guzman ) Magistrate Judge Geraldine Soat Brown |
| SIPI, LLC, and<br>MIDWEST CAPITAL INVESTMENTS, LLC | ) ) ) |
|     Defendants-Appellees | ) |

To:   Timothy A. Clark                     Edward P. Freud
      Krockey, Cernugel, Cowgil,       Timothy Scott Breems
      Clark & Pyles                         Ruff, Weidenaar & Reidy, Ltd.
      3100 Theodore Street, Suite 101   222 N. LaSalle Street, Suite 1525
      Joliet, IL 60435                      Chicago, IL 60601

<u>NOTICE OF MOTION</u>

       PLEASE TAKE NOTICE that on Friday, the 7th day of December, 2007, at 9:30 a.m. I shall appear before the Honorable Ronald A. Guzman in Room 1219 of the United States District Court for the Northern District of Illinois, Eastern Division, at 219 S. Dearborn, Chicago, IL and then and there present MOTION FOR EXTENSION OF TIME TO FILE BRIEF OF DEBTORS-APPELLANTS, a copy of which was previously served upon you.

ARTHUR G. JAROS, JR.

BY: _____
     Arthur G. Jaros, Jr.

Arthur G. Jaros, Jr.
1200 Harger Road, Suite #830
Oak Brook, IL 60523
(630) 574-0525
ARDC#01327097

CERTIFICATE OF SERVICE

    Under penalties of perjury as provided in 28 U.S.C. §1746, the undersigned certifies that a copy of the foregoing Notice of Motion was caused to be served on Timothy A. Clark of the law firm of Krockey, Cernugel, Cowgil, Clark & Pyles by electronic service to timclark@kcccp.com and Edward P. Freud and Timothy Scott Breems of the law firm of Ruff, Weidenaar & Reidy, Ltd. by electronic transmission to epfreud@rwrlaw.com and tbreems@rwrlaw.com this 4th day of December, 2007.

_____
Arthur G. Jaros, Jr.