UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Keith Smith
                    Plaintiff,
v.                                             Case No.: 1:07−cv−06534
                                               Honorable Ronald A. Guzman
Sipi, LLC
                    Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 7, 2007:

    MINUTE entry before Judge Ronald A. Guzman :Status hearing held on 12/7/2007. Motion by Appellants Keith Smith, Dawn Smith for extension of time to file Appellants' Brief [5] is granted. Status hearing set for 12/21/2007 at 09:30 AM.Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.