**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Keith Smith
              Plaintiff,

v.                                        Case No.: 1:07−cv−06534
                                                     Honorable Ronald A. Guzman

Sipi, LLC
              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, December 21, 2007:

      MINUTE entry before Judge Ronald A. Guzman :Status hearing held on 12/21/2007. Opening brief due 1/28/08. Response due 2/26/08. Reply due 3/11/07. Ruling to be by mail. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.