U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KEITH SMITH and DAWN SMITH, | ) | |
| | ) | |
| Debtors-Plaintiffs-Appellants, | ) | |
| | ) | |
| vs. | ) | **07 CV 6534** |
| | ) | Bankruptcy Adversary Proceeding Appeal |
| SIPI, LLC, and | ) | Honorable Ronald A. Guzman |
| MIDWEST CAPITAL INVESTMENTS, | ) | Magistrate Judge Geraldine Soat Brown |
| LLC, | ) | |
| | ) | |
| Defendants-Appellees. | ) | |

**NOTICE**

TO:   See attached Service List.

PLEASE TAKE NOTICE that on **Tuesday, February 12, 2008**, at the hour of **9:30 o'clock a.m.,** or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Geraldine Soat Brown, or any judge sitting in her stead, in **Room 1219** in the U.S. District Court, Northern District, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the attached **Motion to Extend Time for Filing Appellee's Brief**, and request hearing instanter, a copy of which is attached hereto and specifically made a part hereof, at which time and place you may appear if you so desire.

KROCKEY, CERNUGEL, COWGILL
& CLARK, LTD.,


BY:  /s/ Robert S. Krockey
        Robert S. Krockey

Robert S. Krockey/01532316
Thomas E. Cowgill/0530980
Timothy A. Clark/06200999
Krockey, Cernugel, Cowgill & Clark, Ltd.
3100 Theodore Street, Suite 101
Joliet, Illinois 60435
Phone:  815/729-3600

## PROOF OF SERVICE

    The undersigned certifies that a copy of the foregoing instrument was served upon the attorneys of record of all parties to the above cause by enclosing the same in an envelope addressed to such attorneys at their business address as disclosed by the pleadings of record herein, with postage fully prepaid, and by depositing said envelope in a U. S. Post Office mail box in Joliet, Illinois, on the 8th day of February, 2008.

                                                /s/ Robert S. Krockey

**SERVICE LIST**

PART A

| | |
|---|---|
| Arthur G. Jaros, Jr.<br>1200 Harger Road<br>Suite #830<br>Oak Brook, IL 60523 | Edward P. Freud<br>Timothy Scott Breems<br>Ruff, Weidenaar & Reidy, Ltd.<br>222 N. LaSalle Street, Suite 1525<br>Chicago, IL 60601 |
| Harold L. Moskowitz<br>Law Offices of Harold L. Moskowitz<br>55 West Monroe Street, Suite 1100<br>Chicago, IL 60603 | United States Trustee<br>Office of the United States Trustee<br>227 West Monroe Street, Suite 3350<br>Chicago, IL 60606 |
| The Honorable Bruce W. Black<br>U.S. Bankruptcy Court, Northern District<br>219 S. Dearborn Street<br>Chicago, IL 60604 | Kenneth S. Gardner, Clerk<br>U. S. Bankruptcy Court, Northern District<br>219 S. Dearborn Street<br>Chicago, IL 60604 |

PART B

| | |
|---|---|
| Lindsay Allaire Herrington<br>Ruff, Weidenaar & Reidy, Ltd.<br>222 N. LaSalle Street, Suite 700<br>Chicago, IL 60601 | Scott Nelson<br>Ruff, Weidenaar & Reidy, Ltd.<br>222 N. LaSalle Street - Suite 1525<br>Chicago, IL 60601 |
| Timothy Scott Breems<br>Ruff, Weidenaar & Reidy, Ltd.<br>222 N. LaSalle Street, Suite 700<br>Chicago, IL 60601 | |

U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEITH SMITH and DAWN SMITH,  )<br>  )<br>    Debtors-Plaintiffs-Appellants,  )<br>  )<br>vs.  )<br>  )<br>SIPI, LLC, and  )<br>MIDWEST CAPITAL INVESTMENTS,  )<br>LLC,  )<br>  )<br>    Defendants-Appellees.  ) | **07 CV 6534**<br>Bankruptcy Adversary Proceeding Appeal<br>Honorable Ronald A. Guzman<br>Magistrate Judge Geraldine Soat Brown |

**MOTION TO EXTEND TIME FOR FILING APPELLEE'S BRIEF**

NOW COMES Defendant-Appellee, SIPI, LLC, by its attorneys, KROCKEY, CERNUGEL, COWGILL & CLARK, through Robert S. Krockey, and moves this Court to extend the time for filing its brief in the above matter to March 11, 2008, and in support thereof, states as follows:

1.    That SIPI's brief is due February 26, 2008.

2.    That Robert S. Krockey, one of SIPI's attorneys, has had a vacation planned from February 9, 2008, to March 1, 2008.

3.    That Robert S. Krockey has not yet received Appellants' full brief in that pages are missing and he does not expect to receive the full copy until February 8, 2008.

4.    That Robert S. Krockey has discussed this extension with Arthur Jaros, attorney for Appellants, and that Arthur Jaros has no objection to the two-week extension requested.

WHEREFORE, Defendant-Appellee, SIPI, LLC, PRAYS this Court extend the time for filing its brief to March 11, 2008.

SIPI, LLC, Defendant-Appellee,

BY:  /s/ Robert S. Krockey
      Robert S. Krockey, one of its attorneys

Robert S. Krockey/01532316
Thomas E. Cowgill/0530980
Timothy A. Clark/06200999
Krockey, Cernugel, Cowgill & Clark, Ltd.
3100 Theodore Street, Suite 101
Joliet, Illinois 60435
Phone:  815/729-3600