U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEITH SMITH and DAWN SMITH, )<br>    )<br>    Debtors-Plaintiffs-Appellants, )<br>    )<br>vs.    )<br>    )<br>SIPI, LLC, and    )<br>MIDWEST CAPITAL INVESTMENTS, )<br>LLC,    )<br>    )<br>    Defendants-Appellees.    ) | **07 CV 6534**<br>Bankruptcy Adversary Proceeding Appeal<br>Honorable Ronald A. Guzman<br>Magistrate Judge Geraldine Soat Brown |

### **AFFIDAVIT OF ROBERT S. KROCKEY**

Robert S. Krockey, being first duly sworn on oath, deposes and says that he is one of the attorneys for Defendant-Appellee, SIPI, LLC, herein, that he has read the Motion to which this Affidavit is attached and that the statements in said Motion are true and correct.

Further Affiant sayeth not.

/s/ Robert S. Krockey
Robert S. Krockey

STATE OF ILLINOIS    )
                     ) SS
COUNTY OF WILL       )

I, the undersigned, a Notary Public in and for said County, in the State aforesaid, DO HEREBY CERTIFY that Robert S. Krockey, personally known to me to be the same person whose name is subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that he signed, sealed and delivered the said instrument as his free and voluntary act, for the uses and purposes therein set forth.

GIVEN under my hand and official seal, this 8th day of February, 2008.

/s/ Carole R. Stockwell
Notary Public

(SEAL)

Robert S. Krockey/01532316
Thomas E. Cowgill/0530980
Timothy A. Clark/06200999
Krockey, Cernugel, Cowgill & Clark, Ltd.
3100 Theodore Street, Suite 101
Joliet, Illinois 60435
Phone: 815/729-3600