U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

KEITH SMITH and DAWN SMITH, )
)
    Debtors-Plaintiffs-Appellants, )
)
vs. ) **07 CV 6534**
) Bankruptcy Adversary Proceeding Appeal
SIPI, LLC, and ) Honorable Ronald A. Guzman
MIDWEST CAPITAL INVESTMENTS, ) Magistrate Judge Geraldine Soat Brown
LLC, )
)
    Defendants-Appellees. )

### ORDER

THIS MATTER COMING ON TO BE HEARD on the Motion of Defendant-Appellee, SIPI, LLC, to extend the time for filing its brief,

IT IS ORDERED that SIPI, LLC, be given until March 11, 2008, to file its brief.

Dated this _____ day of February, 2008.

ENTERED:

_____
Judge

Robert S. Krockey/01532316
Thomas E. Cowgill/0530980
Timothy A. Clark/06200999
Krockey, Cernugel, Cowgill & Clark, Ltd.
3100 Theodore Street, Suite 101
Joliet, Illinois 60435
Phone: 815/729-3600