**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Keith Smith
                Plaintiff,

v.                                      Case No.: 1:07−cv−06534
                                      Honorable Ronald A. Guzman

Sipi, LLC
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, February 8, 2008:

      MINUTE entry before Judge Ronald A. Guzman :Motion by Appellee Sipi, LLC for extension of time for Filing Appellee's Brief (Attachments [20] is granted to and including 3/11/08. Reply due 3/25/08. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.