IN THE U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Keith Smith and Dawn Smith,<br><br>       Debtors- Plaintiffs-Appellants<br><br>vs.<br><br>First American Title Insurance Co. (d/b/a The Talon Group), SIPI, LLC, and Midwest Capital Investments, LLC,<br><br>       Defendants-Appellees. | No. 07 CV 6534<br>Bankruptcy Adversary Appeal<br>Honorable Ronald A. Guzman<br>Magistrate Geraldine Soat Brown |

## **NOTICE OF FILING**

TO:    SEE ATTACHED SERVICE LIST

     Please take notice that on the 26th day of February, 2008, I caused to be filed with the Clerk of the United States District Court Brief and Argument of Defendant-Appellee Midwest Capital Investments, LLC, a copy of which is herewith served upon you.

                                       RUFF, WEIDENAAR & REIDY, LTD.
                                       By: s/Lindsay A. Herrington
                                            One of the Attorneys for Defendants

222 N. LaSalle Street, Suite 700
Chicago, IL 60601
312-263-3890

199097

CERTIFICATE OF SERVICE

The undersigned attorney certifies that a copy of the foregoing Notice of Filing was caused to be served by electronic mail to the attorneys listed below this 26th day of February, 2008.

<u>s/Lindsay A. Herrington</u>

**SERVICE LIST**

Arthur G. Jaros, Jr.
Richter & Jaros
1200 Harger Road
Suite 830
Oak Brook, IL 60523
agjlaw@earthlink.net

Timothy A. Clark
Krockey, Cernugel, Cowgill Clark & Pyles
3100 Theodore Street
#101
Joliet, IL 60435
timclark@kcccp.com

United States Trustee
Office of the United States Trustee
227 West Monroe Street, Suite 3350
Chicago, IL 60606

199097