U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEITH SMITH and DAWN SMITH,    )<br>)<br>   Debtors-Plaintiffs-Appellants,    )<br>)<br>vs.    )<br>)<br>SIPI, LLC, and    )<br>MIDWEST CAPITAL INVESTMENTS,    )<br>LLC,    )<br>)<br>   Defendants-Appellees.    ) | **07 CV 6534**<br>Bankruptcy Adversary Proceeding Appeal<br>Honorable Ronald A. Guzman<br>Magistrate Judge Geraldine Soat Brown |

## NOTICE OF FILING

TO:   See attached Service List.

   PLEASE TAKE NOTICE that we have caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, this 6th day of March, 2008, the following document:

**BRIEF AND ARGUMENT OF DEFENDANT-APPELLEE, SIPI, LLC**

                                                              KROCKEY, CERNUGEL, COWGILL
                                                              & CLARK, LTD.,


                                                              BY:  /s/ Robert S. Krockey
                                                                          Robert S. Krockey

Robert S. Krockey (01532316)
Timothy A. Clark (06200999)
Thomas E. Cowgill (00530980)
Krockey, Cernugel, Cowgill & Clark, Ltd.
3100 Theodore Street, Suite 101
Joliet, Illinois 60435
Phone:  815/729-3600


PROOF OF SERVICE

   The undersigned certifies that a copy of the foregoing instrument was served upon the attorneys of record of all parties to the above cause by enclosing the same in an envelope addressed to such attorneys at their business address as disclosed by the pleadings of record herein, with postage fully prepaid, and by depositing said envelope in a U. S. Post Office mail box in Joliet, Illinois, on the   6th   day of March, 2008.

                                                              /s/ Robert S. Krockey

**SERVICE LIST**

Mr. Arthur G. Jaros, Jr.
Richter & Jaros
1200 Harger Road
Suite #830
Oak Brook, IL 60523

Mr. Harold L. Moskowitz
Law Offices of Harold L. Moskowitz
55 West Monroe Street, Suite 1100
Chicago, Illinois 60603

Mr. Timothy Scott Breems
Ms. Lindsay A. Herrington
Ruff, Weidenaar & Reidy, Ltd.
222 N. LaSalle Street, Suite 700
Chicago, IL 60601

United States Trustee
Office of the United States Trustee
227 West Monroe Street, Suite 3350
Chicago, IL 60606

Mr. Kenneth S. Gardner, Clerk
U.S. Bankruptcy Court, Northern District
219 S. Dearborn Street
Chicago, Illinois 60604