IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Keith Smith and Dawn Smith, | ) |
| | ) |
|     Debtors-Plaintiffs-Appellants | ) |
| | ) 07 CV 6534 |
| vs. | ) Bankruptcy Adversary Proceeding Appeal |
| | ) Honorable Ronald A. Guzman |
| | ) Magistrate Judge Geraldine Soat Brown |
| SIPI, LLC, and | ) |
| MIDWEST CAPITAL INVESTMENTS, LLC | ) |
| | ) |
|     Defendants-Appellees | ) |

To:   See Part A of Service List Attached

### NOTICE OF FILING

PLEASE TAKE NOTICE that on the 11th day of March, 2008, I caused to be electronically filed with the Clerk of the United States District Court APPELLANTS' REPLY BRIEF, a copy of which is hereby served upon you.

                                    ARTHUR G. JAROS, JR.

                             BY: _____
                                    Arthur G. Jaros, Jr.

Arthur G. Jaros, Jr.
1200 Harger Road, Suite #830
Oak Brook, IL 60523
(630) 574-0525
ARDC#01327097

CERTIFICATE OF SERVICE

    Under penalties of perjury as provided in 28 U.S.C. §1746, the undersigned certifies that a copy of the foregoing Notice of Filing, with attachment, was caused to be served upon each person set forth in Part A of the Service List attached, by mailing with proper postage prepaid from Oak Brook, Illinois, this 11th day of March, 2008 and further certifies that service was made by Electronic Means on each person set forth in Part B of the Service List attached.

_____

## SERVICE LIST

### PART A

Timothy A. Clark
Krockey, Cernugel, Cowgil,
Clark & Pyles
3100 Theodore Street, Suite 101
Joliet, IL 60435

Edward P. Freud
Timothy Scott Breems
Ruff, Weidenaar & Reidy, Ltd.
222 N. LaSalle Street, Suite 1525
Chicago, IL 60601

Harold L. Moskowitz
Law Offices of Harold L. Moskowitz
55 West Monroe Street, Suite 1100
Chicago, IL 60603

United States Trustee
Office of the United States Trustee
227 West Monroe Street - Suite 3350
Chicago, IL 60606

The Honorable Bruce W. Black
U. S. Bankruptcy Court
219 S. Dearborn Street
Chicago, IL 60604

Kenneth S. Gardner, Clerk
United States Bankruptcy Court - Northern District
219 S. Dearborn Street
Chicago, IL 60604

### PART B

Lindsay Allaire Herrington
Ruff, Weidenaar & Reidy, Ltd.
222 N. LaSalle Street - Suite 700
Chicago, IL 60601

Scott Nelson
Ruff, Weidenaar & Reidy, Ltd.
222 N. LaSalle Street - Suite 1525
Chicago, IL 60601

Timothy Scott Breems
Ruff, Weidenaar & Reidy, Ltd.
222 N. LaSalle Street - Suite 700
Chicago, IL 60601