
# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6534 | **DATE** | 6/26/2008 |
| **CASE TITLE** | KEITH SMITH, et al vs. SIPI, LLC, et al | | |

**DOCKET ENTRY TEXT**

Enter Memorandum Opinion and Order: The Court affirms Judge Black's dismissal of the debtors' claims to avoid the tax deed issued in favor of defendants under 11 U.S.C. Section 548. Any pending motions or schedules are stricken as moot. This case is terminated.

■ [ For further detail see separate order(s).]

Docketing to mail notices.
*Mail AO 450 form.

| | Courtroom Deputy Initials: | CG |
|---|---|---|