# United States District Court
## Northern District of Illinois
### Eastern Division

KEITH SMITH, et al

**JUDGMENT IN A CIVIL CASE**

v.

Case Number: 07 C 6534

SIPI, LLC, et al

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the Court affirms Judge Black's dismissal of the debtors' claims to avoid the tax deed issued in favor of defendants under 11 U.S.C. Section 548. This case is terminated.

Michael W. Dobbins, Clerk of Court

Date: 6/26/2008

_____

/s/ Carole Gainer, Deputy Clerk