UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE:  )<br>  )<br>Keith Smith and Dawn Smith,  )<br>                Debtors  )<br>  )<br>-------------------------------------------------------------)<br>Keith Smith and Dawn Smith  )<br>  )<br>        Plaintiffs-Appellants  )<br>  )<br>vs.  )<br>  )<br>FIRST AMERICAN TITLE INSURANCE CO.  )<br>(d/b/a The Talon Group),  )<br>  )<br>       Defendant (previously dismissed)  )<br>and  )<br>  )<br>SIPI, LLC, and  )<br>MIDWEST CAPITAL INVESTMENTS, LLC  )<br>  )<br>       Defendants-Appellees  )| District Court #1:07-cv-6534<br>Honorable Ronald A. Guzman,<br>    District Judge<br>Bankruptcy Case No. 07 B 6631<br>Chapter 13<br><br><br>Honorable Bruce W. Black, B.J.<br><br>Adversary No. 07 A 00239 |

NOTICE OF APPEAL
TO
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

Keith Smith and Dawn Smith, Debtors-Plaintiffs, appeal under 28 U.S.C. §158(d)(1) to the United States Court of Appeals for the Seventh Circuit from the final Judgment, Memorandum Opinion and Order, and Minute Order of the district court for the Northern District of Illinois, entered on the docket on June 30, 2008, having been filed on June 26, 2008, which affirmed the Bankruptcy Court's Order dismissing their Adversary Proceeding under 11 U.S.C. Section 548.

The parties to the judgment and orders appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

Party Co-defendant/Appellee:     SIPI, LLC
Attorney:        Robert S. Krockey
                 Timothy A. Clark
Address:         Krockey, Cernugel, Cowgill, Clark & Pyles, Ltd.
                 3100 Theodore Street #101
                 Joliet, IL 60435
Telephone:       815-729-3600
Fax No.:         815-729-4280
e-mail:          rkrockey@kcccp.com
                 timclark@kcccp.com

Party Co-defendant/Appellee:     MIDWEST CAPITAL INVESTMENTS, LLC
Attorney         Edward P. Freud
                 Timothy S. Breems
Address:         Ruff, Weidenaar & Reidy, Ltd.
                 222 N. LaSaale Street #700
                 Chicago, IL 60601
Telephone:       312-263-3890
Fax No.:         312-602-4890
e-mail:          epfreud@rwrlaw.com
                 tbreems@rwrlaw.com


Dated: July 25, 2008
at Oak Brook, IL

Signed: _____
                 Attorney for Appellants
Attorney         Arthur G. Jaros, Jr.
Address:         1200 Harger Road, Suite #830
                 Oak Brook, Illinois 60523
Telephone:       (630) 574-0525 ext. 103
Fax No.:         (630) 574-8089
e-mail:          agjlaw@earthink.net

-2-