## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

### NOTICE OF DOCKETING - Short Form

July 28, 2008

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 08-2880
>
> Caption:
> In Re: KEITH SMITH and DAWN SMITH,
> Debtors - Appellants

> District Court No: 1:07-cv-6534
> Clerk/Agency Rep Michael Dobbins
> Magistrate Judge Ronald Guzman
> Court Reporter Nancy LaBella
>
> Date NOA filed in District Court: 07/25/2008

If you have any questions regarding this appeal, please call this office.

CC:

Timothy A. Clark

Edward P. Freud

Arthur G. Jaros Jr.

U.S. Trustee

form name: **c7_Docket_Notice_short_form** (form ID: **188**)