IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | District Court No. 07-CV-6534 |
| | ) | Hon. Ronald A. Guzman |
| Keith Smith and Dawn Smith, | ) | |
| Debtors | ) | Bankruptcy Case No. 07 B 6631 |
| | ) | Chapter 13 |
| ---------------------------------------------------------------) | | Honorable Bruce W. Black, B.J. |
| Keith Smith and Dawn Smith | ) | |
| | ) | |
| Plaintiffs-Appellants | ) | |
| | ) | |
| vs. | ) | Adversary No. 07 A 00239 |
| | ) | |
| FIRST AMERICAN TITLE INSURANCE CO. | ) | |
| (d/b/a The Talon Group), | ) | |
| | ) | |
| Defendant (previously dismissed) | ) | |
| and | ) | |
| | ) | |
| SIPI, LLC, and | ) | |
| MIDWEST CAPITAL INVESTMENTS, LLC | ) | |
| | ) | |
| Defendants-Appellees | ) | |

DEBTORS-APPELLANTS' F.R.A.P. 6(b)(2)(B)(i) and LOCAL CIRCUIT RULE 10(a)
DESIGNATION OF RECORD TO BE CERTIFIED AND SENT TO
CLERK OF THE UNITED STATES COURT OF APPEAL
AS PART OF THE RECORD ON APPEAL

Debtors-Appellants KEITH SMITH and DAWN SMITH by their attorney Arthur G. Jaros, Jr., and, pursuant to Federal Rule of Appellate Procedure 6(b)(2)(B)(i) and Local Seventh Circuit Rule 10(a), hereby designate the following additional items to be included in the Record on Appeal to be certified by the Clerk of this Honorable Court and transmitted to the Clerk of the Seventh Circuit United States Court of Appeals:

1) Docket Item #17 dated 1/28/2008: Appellants' Brief

2) Docket Item #18 dated 1/29/2008: Appendix to Appellants' Brief

3) Docket Item #22 dated 2/26/2008: Appellee's Brief of Midwest Capital Investments

4) Docket Item #25 dated 3/6/2008: Appellee's Brief of SiPi, LLC

5) Docket Item #26 dated 3/11/2008: Appellants' Reply Brief


Dated: July 30, 2008
at Oak Brook, IL

|  |  |
|---|---|
| Signed: | /s/Arthur G. Jaros, Jr. |
|  | Attorney for Appellants |
| Attorney | Arthur G. Jaros, Jr. |
| Address: | 1200 Harger Road, Suite #830 |
|  | Oak Brook, Illinois 60523 |
| Telephone: | (630) 574-0525 ext. 103 |
| Fax No.: | (630) 574-8089 |
| e-mail: | agjlaw@earthink.net |