**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
   CLERK                                                                                                 312-435-5670

August 15, 2008

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois  60604

RE: Smith et al v. Sipi, LLC et al


U.S.D.C. DOCKET NO. : 07cv6534

U.S.C.A. DOCKET NO. : 08-2880

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

  VOLUME(S) OF PLEADING(S)                      1 Volume of Pleadings

  VOLUME(S) OF TRANSCRIPT(S)

  VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):                                2 Volumes of Loose Pleadings

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

                                                Very truly yours,

                                                Michael W. Dobbins, Clerk

                                                By:_____
                                                   G. Jones, Deputy Clerk

    **I, MICHAEL W. DOBBINS, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

1 Volume of Pleadings

2 Volumes of Loose Pleadings

In the cause entitled: Smith et al v. Sipi, LLC, et al.

USDC NO.   : 07cv6534

USCA NO.   : 08-2880

                IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 15th day of August 2008.

                MICHAEL W. DOBBINS, CLERK


                By: _____
                   G. Jones, Deputy Clerk

APPEAL, BROWN, TERMED

# United States District Court
# Northern District of Illinois - CM/ECF LIVE, Ver 3.2.1 (Chicago)
# CIVIL DOCKET FOR CASE #: 1:07-cv-06534
# Internal Use Only

| | |
|---|---|
| Smith et al v. Sipi, LLC et al<br>Assigned to: Honorable Ronald A. Guzman<br>Case in other court: 08-02880<br>USBC, ND/IL, 07A239, 07B06631<br>Cause: 28:0158 Notice of Appeal re Bankruptcy Matter (BAP) | Date Filed: 11/19/2007<br>Date Terminated: 06/26/2008<br>Jury Demand: None<br>Nature of Suit: 422 Bankruptcy Appeal (801)<br>Jurisdiction: Federal Question |

**Appellant**

**Keith Smith**       represented by **Arthur George Jaros, Jr.**
Richter & Jaros
1200 Harger Road
Suite 830
Oak Brook, IL 60521-1822
(708) 574-0525
Email: agjlaw@earthlink.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Appellant**

**Dawn Smith**       represented by **Arthur George Jaros, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Appellee**

**Sipi, LLC**       represented by **Harold L Moskowitz**
Law Offices of Harold L. Moskowitz
55 West Monroe Street

        Suite 1100
Chicago, IL 60603
(312)346-6610
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy A. Clark**
Krockey, Cernugel, Cowgill, Clark & Pyles
and Pyles
3100 Theodore Street
Suite 101
Joliet, IL 60435
(815)729-3600
*ATTORNEY TO BE NOTICED*

**Appellee**

**Midwest Capital Investments. LLC**  represented by **Edward P. Freud**
Ruff, Weidenaar & Reidy, Ltd.
222 North LaSalle Street
Suite 1525
Chicago, IL 60601
(312) 263-3890
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lindsay Allaire Herrington**
Ruff, Weidenaar & Reidy, Ltd.
222 N. LaSalle Street
Suite 700
Chicago, IL 60601
312 602 4833
Email: lherrington@rwrlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Nelson**
Ruff, Weidenaar & Reidy, Ltd.
222 North LaSalle Street
Suite 1525
Chicago, IL 60601
(312) 263-3890
Email: snelson@rwrlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

|                  |               | **Timothy Scott Breems**<br>Ruff, Weidenaar & Reidy, Ltd.<br>222 North LaSalle Street<br>Suite 700<br>Chicago, IL 60601<br>(312) 263-3890<br>Email: tsbreems@rwrlaw.com<br>*ATTORNEY TO BE NOTICED* |
|------------------|---------------|---|
| **Service List** | represented by | **United States Trustee**<br>Office of the United States Trustee<br>227 West Monroe Street<br>Suite 3350<br>Chicago, IL 60606<br>*ATTORNEY TO BE NOTICED* |
|                  |               | **Bruce W Black**<br>Judge<br>US Bankruptcy Court<br>219 South Dearborn Street<br>Chicago, IL 60604<br>312-435-5694<br>*ATTORNEY TO BE NOTICED* |
|                  |               | **Kenneth S. Gardner**<br>United States Bankruptcy Court<br>Northern District of Illinois<br>219 South Dearborn Street<br>Chicago, IL 60604<br>(312)435-5654<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 11/19/2007 | 1 | APPEAL from U.S. Bankruptcy Court case number 07B06631, 07A239 consisting of one volume(s) of pleadings (Judge Black). (lcw, ) (Entered: 11/21/2007) |
| 11/19/2007 | 2 | CIVIL Cover Sheet. (lcw, ) (Entered: 11/21/2007) |
| 11/19/2007 s/c | 3 | ONE VOLUME of Pleadings relating to bankruptcy appeal 1 . (lcw, ) (Documents Not Scanned) Modified on 11/21/2007 (lcw, ). (Entered: 11/21/2007) |

| | | |
|---|---|---|
| 11/21/2007 | | MAILED Rule 83.15 and 83.16 letters to counsel of record. (lcw, ) (Entered: 11/21/2007) |
| 11/28/2007 | 4 | MINUTE entry before Judge Ronald A. Guzman :The Court orders the parties to appear for an initial status hearing. All parties shall refer to and comply with Judge Guzman's requirements for the initial appearance as outlined in Judge Guzman's case management procedures, which can be found at: www.ilnd.uscourts.govStatus hearing set for 12/7/2007 at 09:30 AM.Mailed notice (cjg, ) (Entered: 11/28/2007) |
| 12/04/2007 | 5 | MOTION by Appellants Keith Smith, Dawn Smith for extension of time *to file Appellants' Brief* (Jaros, Arthur) (Entered: 12/04/2007) |
| ~~12/04/2007~~ | ~~6~~ | ~~NOTICE by Keith Smith, Dawn Smith re MOTION by Appellants Keith Smith, Dawn Smith for extension of time *to file Appellants' Brief* 5 (Jaros, Arthur) (Entered: 12/04/2007)~~ |
| ~~12/04/2007~~ | ~~7~~ | ~~ATTORNEY Appearance for Appellants Keith Smith, Dawn Smith by Arthur George Jaros, Jr (Jaros, Arthur) (Entered: 12/04/2007)~~ |
| ~~12/04/2007~~ | ~~8~~ | ~~ATTORNEY Appearance for Appellee Midwest Capital Investments, LLC by Lindsay Allaire Herrington (Herrington, Lindsay) (Entered: 12/04/2007)~~ |
| ~~12/04/2007~~ | ~~9~~ | ~~ATTORNEY Appearance for Appellee Midwest Capital Investments, LLC by Lindsay Allaire Herrington (Herrington, Lindsay) (Entered: 12/04/2007)~~ |
| ~~12/04/2007~~ | ~~10~~ | ~~ATTORNEY Appearance for Appellee Midwest Capital Investments, LLC by Lindsay Allaire Herrington (Herrington, Lindsay) (Entered: 12/04/2007)~~ |
| ~~12/04/2007~~ | ~~11~~ | ~~ATTORNEY Appearance for Appellee Midwest Capital Investments, LLC by Timothy Scott Breems (Breems, Timothy) (Entered: 12/04/2007)~~ |
| ~~12/04/2007~~ | ~~12~~ | ~~ATTORNEY Appearance for Appellee Midwest Capital Investments, LLC by Scott Nelson (Nelson, Scott) (Entered: 12/04/2007)~~ |
| ~~12/04/2007~~ | ~~13~~ | ~~NOTICE of Motion by Arthur George Jaros, Jr for presentment of extension of time 5 before Honorable Ronald A. Guzman on 12/7/2007 at 09:30 AM. (Jaros, Arthur) (Entered: 12/04/2007)~~ |
| 12/07/2007 | 14 | MINUTE entry before Judge Ronald A. Guzman :Status hearing held on 12/7/2007. Motion by Appellants Keith Smith, Dawn Smith for extension of time to file Appellants' Brief 5 is granted. Status hearing set for 12/21/2007 at 09:30 AM.Mailed notice (cjg, ) (Entered: 12/10/2007) |
| 12/21/2007 | 15 | MINUTE entry before Judge Ronald A. Guzman :Status hearing held on 12/21/2007. Opening brief due 1/28/08. Response due 2/26/08. Reply due 3/11/07. Ruling to be by mail. Mailed notice (cjg, ) (Entered: 12/21/2007) |
| 01/08/2008 s/c | 16 | TRANSCRIPT of proceedings from the Bankruptcy Court. (Document Not Scanned)(lcw, ) (Entered: 01/10/2008) |
| 01/28/2008 | 17 | APPELLANT'S Brief by Keith Smith, Dawn Smith (Jaros, Arthur) (Entered: 01/29/2008) |
| 01/29/2008 | 18 | APPELLANT'S Brief by Keith Smith, Dawn Smith (Attachments: # 1 Appendix Appendices A-E# 2 Appendix Appendices F-K)(Jaros, Arthur) |

|  |  |  |
|---|---|---|
|  |  | (Entered: 01/29/2008) |
| 01/29/2008 | 19 | NOTICE by Keith Smith, Dawn Smith re appellant's brief 17 , appellant's brief 18 (Jaros, Arthur) (Entered: 01/29/2008) |
| 02/08/2008 | 20 | MOTION by Appellee Sipi, LLC for extension of time *for Filing Appellee's Brief* (Attachments: # 1 Affidavit in Support of Motion to Extend# 2 Text of Proposed Order)(Cowgill, Thomas) (Entered: 02/08/2008) |
| 02/08/2008 | 21 | MINUTE entry before Judge Ronald A. Guzman :Motion by Appellee Sipi, LLC for extension of time for Filing Appellee's Brief (Attachments 20 is granted to and including 3/11/08. Reply due 3/25/08. Mailed notice (cjg, ) (Entered: 02/08/2008) |
| 02/26/2008 | 22 | APPELLEE'S Brief by Midwest Capital Investments. LLC (Herrington, Lindsay) (Entered: 02/26/2008) |
| 02/26/2008 | 23 | NOTICE by Midwest Capital Investments. LLC re appellee's brief 22 (Herrington, Lindsay) (Entered: 02/26/2008) |
| 03/06/2008 | 24 | NOTICE by Sipi, LLC *of Filing of Brief and Argument* (Cowgill, Thomas) (Entered: 03/06/2008) |
| 03/06/2008 | 25 | APPELLEE'S Brief by Sipi, LLC (Cowgill, Thomas) (Entered: 03/06/2008) |
| 03/11/2008 | 26 | APPELLANT'S reply brief by Keith Smith, Dawn Smith (Jaros, Arthur) (Entered: 03/11/2008) |
| 03/11/2008 | 27 | NOTICE by Keith Smith, Dawn Smith re appellant's reply brief 26 (Jaros, Arthur) (Entered: 03/11/2008) |
| 03/14/2008 | 28 | APPELLEE'S Brief and Argument by Sipi, LLC; Notice of Filing. (rbf, ) (Entered: 03/20/2008) |
| 06/26/2008 | 29 | MINUTE entry before the Honorable Ronald A. Guzman:Enter Memorandum Opinion and Order. The court affirms Judge Black's dismissal of the debtor's claims to avoid the tax deed issued in favor of defendants under 11 U.S.C. Section 548. Any pending motions or schedules are stricken as moot. The case is terminated. Civil case terminated. Mailed notice (ca, ) (Entered: 06/30/2008) |
| 06/26/2008 | 30 | MEMORANDUM Opinion and Order Signed by the Honorable Ronald A. Guzman on 6/26/2008.(ca, ) (Entered: 06/30/2008) |
| 06/26/2008 | 31 | ENTERED JUDGMENT. (ca, ) (Entered: 06/30/2008) |
| 07/25/2008 | 32 | NOTICE of appeal by Keith Smith, Dawn Smith regarding orders 29 , 31 , 30 Filing fee $ 455, receipt number 07520000000002969054. (Jaros, Arthur) (Entered: 07/25/2008) |
| 07/28/2008 | 33 | TRANSMITTED to the 7th Circuit the short record on notice of appeal 32 . Notified counsel (air, ) (Entered: 07/28/2008) |
| 07/28/2008 | 34 | NOTICE of Appeal Due letter sent to counsel of record. (air, ) (Entered: 07/28/2008) |

| 07/29/2008 | 35 | ~~ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal 32 ; USCA Case No. 08-2880. (ca, ) (Entered: 07/30/2008)~~ |
|---|---|---|
| 07/30/2008 | 36 | DESIGNATION by Keith Smith, Dawn Smith of record on appeal : USCA Case No. 08-2880 (Jaros, Arthur) (Entered: 07/30/2008) |
| 07/30/2008 | 37 | Statement of Issues on Appeal to 7th Cir. Court of Appeals (08-2880) by Keith Smith, Dawn Smith (Jaros, Arthur) (Entered: 07/30/2008) |

**KEY**

**All items are included in this record.**
**All crossed out items are not included in the record.**
**S/C: These items are sent under a separate certificate.**
**N/A: These items are not available.**